149 A.3d 800

IN THE MATTER OF QUEEN E. PAYTON, AN ATTORNEY
AT LAW (ATTORNEY NO. 007752001)

November 17, 2016

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 15–380, concluding that **QUEEN E. PAYTON** of **BURLINGTON**, who was admitted to the bar of this State in 2001, should be reprimanded for violating *RPC* 5.5(a)(2)(assisting a person who is not a member of the bar in the performance of activity that constitutes the unauthorized practice of law), *RPC* 8.4(a)(knowingly assisting another to violate the *RPCs*), *RPC* 8.4(d)(conduct prejudicial to the administration of justice), and

*Rule* 1:20–20 (failure to file compliance affidavit), and good cause appearing;

It is ORDERED that **QUEEN E. PAYTON** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.